KAPLAN 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF CARPENTERS
WELFARE FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS VACATION FUND,
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS ANNUITY FUND, NEW YORK CITY          07 CV 4041 (LAK)
DISTRICT COUNCIL OF CARPENTERS                  ECF CASE
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, NEW YORK         NOTICE OF
CITY DISTRICT COUNCIL OF CARPENTERS CHARITY     DISMISSAL
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

                              Plaintiffs,

       -against-

KYLE CONSTRUCTION, LLC.,

                              Defendant.
---------------------------------------------------------------X

PLEASE TAKE NOTICE, that pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, plaintiffs THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, et al., hereby dismiss the above-captioned action against the defendant, KYLE CONSTRUCTION, LLC., without prejudice and without costs to any party.

Dated: New York, New York
       July 25, 2007

                              Yours, etc.,

                              O'DWYER & BERNSTIEN, LLP

                              By: _____
                                  ANDREW GRABOIS (AG 3192)
                                  Attorneys for Plaintiffs
                                  52 Duane Street
                                  New York, New York 10007
                                  (212) 571-7100

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/07

SO ORDERED:  AUG 1 2007

_____
George B. Daniels
U.S.D.J.

HON. GEORGE B. DANIELS